UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN COOLEY, | : | CIVIL ACTION NO: |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCE STORES COMPANY, INCORPORATED, D/B/A ADVANCE AUTO PARTS | : | |
| Defendant | : | JULY 2, 2021 |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Advance Stores Company, Incorporated, d/b/a Advance Auto Parts respectfully states:

1. On or about June 3, 2021, an action was commenced against Defendant in the Superior Court for the Judicial District of Hartford, in the State of Connecticut, entitled <u>Kevin Cooley v. Advance Stores Company, Inc., d/b/a Advance Auto Parts</u> bearing Docket No. HHD-CV21-6143284-S, with the service of a Summons, Complaint, and Statement of Amount in Demand. Copies of all process, pleadings and orders served upon Defendant in said action are annexed hereto as Exhibit A.

2. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. The Complaint alleges that Plaintiff is a resident of Connecticut and was a resident of Connecticut at all times relevant to the Complaint. Upon information and belief, Plaintiff is domiciled in Connecticut for the purposes of diversity jurisdiction under 28 U.S.C. § 1332.

5. Defendant Advance Stores Company, Incorporated, d/b/a Advance Auto Parts is incorporated in Virginia. Defendant's principal place of business is its corporate headquarters, located in Roanoke, Virginia.

6. There are no other defendants in this case. As such, all named defendants consent to removal.

7. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs because Plaintiff seeks money damages and other awardable relief in connection with his claim that Defendant unlawfully failed to hire him in violation of Conn. Gen. Stat. § 21a-408p in or around October of 2020. Plaintiff seeks damages for lost wages and fringe benefits, as well as damages for alleged emotional distress, the sum or value of which could reasonably be anticipated to exceed the amount of $75,000 at the time of trial.

8. Defendant received the initial proceedings setting forth the claim for relief upon which this action is based on June 3, 2021, and therefore this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Hartford, be removed to this Court.

>
> DEFENDANT,
> ADVANCE STORES COMPANY,
> INCORPORATED, D/B/A ADVANCE AUTO PARTS
>
> By: */s/ Justin E. Theriault*
> Holly L. Cini (ct 16388)
> holly.cini@jacksonlewis.com
> Justin E. Theriault (ct 28568)
> justin.theriault@jacksonlewis.com
> Jackson Lewis P.C.
> 90 State House Square, 8th Floor
> Hartford, CT 06103
> P: (860) 522-0404
> F: (860) 247-1330

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 2, 2021, a copy of foregoing was served by first class mail, postage prepaid on Plaintiff's counsel of record:

>Matthew D. Paradisi
>Cicchiello & Cicchiello, LLP
>364 Franklin Avenue
>Hartford, CT 06114
>mparadisi@cicchielloesq.com

>*/s/ Justin E. Theriault*
>Justin E. Theriault

4845-9387-6976, v. 2

4