# EXHIBIT A

# NATIONAL REGISTERED AGENTS, INC.

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: Beth Thomas
Advance Auto Parts, Inc.
5008 Airport Rd NW
Roanoke, VA 24012-1601

SOP Transmittal #  **539665172**

Entity Served:   ADVANCE STORES COMPANY, INCORPORATED  (Domestic State: VIRGINIA) (Served as ADVANCE STORES COMPANY, INC., etc., Dft. Name discrepancy noted.)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of CONNECTICUT on this 03 day of June, 2021. The following is a summary of the document(s) received:

1.   **Title of Action:**  KEVIN COOLEY, Pltf. vs. ADVANCE STORES COMPANY, INC., etc., Dft.

2.   **Document(s) Served:**    Other: -

3.   **Court of Jurisdiction/Case Number:** None Specified
                        Case # NONE

4.   **Amount Claimed, if any:**  N/A

5.   **Method of Service:**

   _X_ Personally served by:        _X_ Process Server          ___ Law Enforcement          ___ Deputy Sheriff          ___ U. S Marshall

   ___ Delivered Via:            ___ Certified Mail          ___ Regular Mail          ___ Facsimile

   ___ Other (Explain):

6.   **Date and Time of Receipt:**   06/03/2021 01:05:00 PM CST

7.   **Appearance/Answer Date:**  None Specified

8.   **Received From:**    None Specified          **9.  Carrier Airbill #** 1ZY041160194247590

                    **10. Call Made to:** Not required

11.       **Special Comments:**
SOP Papers with Transmittal, via  UPS Next Day Air

Image SOP

Email Notification,  Beth Thomas  BTHOMAS@ADVANCEAUTOPARTS.COM

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**          **CopiesTo:**

866-539-8692 - Telephone
860-906-1427 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by   Amy McLaren

ORIGINAL

6/3/2021                                               Commercial Recording Division

# Business Inquiry

## Business Details

|  |  |  |  |
|---|---|---|---|
| Business Name: | ADVANCE STORES COMPANY, INCORPORATED | Citizenship/State Inc: | Foreign/VA |
| Business ID: | 0510798 | Last Report Filed Year: | 2021 |
| Business Address: | 5008 AIRPORT ROAD, ROANOKE, VA, 24012, USA | Business Type: | Stock |
| Mailing Address: | 5008 AIRPORT ROAD, ROANOKE, VA, 24012, USA | Business Status: | Active |
| Date Inc/Registration: | Jan 07, 1999 | Name in State of INC: | ADVANCE STORES COMPANY, INCORPORATED |
| Commence Business Date: | Jan 07, 1999 |  |  |
| Annual Report Due Date: | 01/06/2022 |  |  |
| NAICS Code: | Retail Trade (44 ) | NAICS Sub Code: | Automotive Parts and Accessories Stores (441310 ) |

## Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| THOMAS R. GRECO  PRESIDENT, CEO | 5008 AIRPORT ROAD, ROANOKE, VA, 24012 | 5008 AIRPORT ROAD, ROANOKE, VA, 24012 |
| ROBERT B. CUSHING  EVP | 5008 AIRPORT ROAD, ROANOKE, VA, 24012 | 5008 AIRPORT ROAD, ROANOKE, VA, 24012 |
| TAMMY M FINLEY  EVP, CORPORATE SECRETARY | 5008 AIRPORT ROAD, ROANOKE, VA, 24012 | 5008 AIRPORT ROAD, ROANOKE, VA, 24012 |

IMPORTANT: There are more principals for this business that are not shown here.

View All Principals(4)

## Agent Summary

|  |  |
|---|---|
| Agent Name | NATIONAL REGISTERED AGENTS, INC. |
| Agent Business Address | 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408 |
| Agent Residence Address | NONE |
| Agent Mailing Address | NONE |

# SUMMONS - CIVIL
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov



☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 )548-2700 | JUNE 29, 2021 <br> Month   Day   Year |

| | | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| ☒ Judicial District <br> ☐ Housing Session | ☐ G.A. Number: | Hartford | Major: M    Minor: 90 |

### For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 296-3457 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes   ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) <br> mparadisi@cicchielloesq.com; and <br> dmclean@cicchielloesq.com |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: COOLEY, KEVIN <br> Address: 13 ASNUNTUCK STREET, ENFIELD, CT 06082 | P-01 |
| Additional Plaintiff | Name: <br> Address: | P-02 |
| First Defendant | Name: ADVANCE STORES COMPANY, INC, D/B/A ADVANCE AUTO PARTS <br> Address: 5008 AIRPORT ROAD, ROANOKE, VA 24012 | D-01 |
| Additional Defendant | Name: <br> Address: | D-02 |
| Additional Defendant | Name: <br> Address: | D-03 |
| Additional Defendant | Name: <br> Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court <br> ☐ Assistant Clerk | Name of Person Signing at Left <br> Matthew D. Paradisi | Date signed <br> 05/26/2021 |
|---|---|---|---|

If this Summons is signed by a Clerk:

a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.

b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.

c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.

d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only

File Date

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | | Date |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. *Type or print legibly; sign summons.*
2. *Prepare or photocopy a summons for each defendant.*
3. *Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*
4. *After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*
5. *Do not use this form for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters).*
   (b) *Summary process actions.*
   (c) *Applications for change of name.*

   (d) *Probate appeals.*
   (e) *Administrative appeals.*
   (f) *Proceedings pertaining to arbitration.*
   (g) *Any actions or proceedings in which an attachment, garnishment or replevy is sought.*

---

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

---

## Case Type Codes

| Major Description | Codes Major/ Minor | Minor Description | Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
|  | C 10 | Construction - State and Local |  | T 03 | Defective Premises - Private - Other |
|  | C 20 | Insurance Policy |  | T 11 | Defective Premises - Public - Snow or Ice |
|  | C 30 | Specific Performance |  | T 12 | Defective Premises - Public - Other |
|  | C 40 | Collections |  | T 20 | Products Liability - Other than Vehicular |
|  | C 90 | All other |  | T 28 | Malpractice - Medical |
| Eminent Domain | E 00 | State Highway Condemnation |  | T 29 | Malpractice - Legal |
|  | E 10 | Redevelopment Condemnation |  | T 30 | Malpractice - All other |
|  | E 20 | Other State or Municipal Agencies |  | T 40 | Assault and Battery |
|  | E 30 | Public Utilities & Gas Transmission Companies |  | T 50 | Defamation |
|  | E 90 | All other |  | T 61 | Animals - Dog |
|  |  |  |  | T 69 | Animals - Other |
| Miscellaneous | M 00 | Injunction |  | T 70 | False Arrest |
|  | M 10 | Receivership |  | T 71 | Fire Damage |
|  | M 20 | Mandamus |  | T 90 | All other |
|  | M 30 | Habeas Corpus (extradition, release from Penal Institution) | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
|  | M 40 | Arbitration |  | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
|  | M 50 | Declaratory Judgment |  | V 05 | Motor Vehicles* - Property Damage only |
|  | M 63 | Bar Discipline |  | V 06 | Motor Vehicle* - Products Liability Including Warranty |
|  | M 66 | Department of Labor Unemployment Compensation Enforcement |  | V 09 | Motor Vehicle* - All other |
|  | M 68 | Bar Discipline - Inactive Status |  | V 10 | Boats |
|  | M 70 | Municipal Ordinance and Regulation Enforcement |  | V 20 | Airplanes |
|  | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |  | V 30 | Railroads |
|  |  |  |  | V 40 | Snowmobiles |
|  | M 83 | Small Claims Transfer to Regular Docket |  | V 90 | All other |
|  | M 84 | Foreign Protective Order |  |  | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
|  | M 90 | All other |  |  |  |
| Property | P 00 | Foreclosure |  |  |  |
|  | P 10 | Partition | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
|  | P 20 | Quiet Title/Discharge of Mortgage or Lien |  | W 90 | All other |
|  | P 30 | Asset Forfeiture |  |  |  |
|  | P 90 | All other |  |  |  |

RETURN DATE: JUNE 29, 2021      :       SUPERIOR COURT

KEVIN COOLEY                 :       J.D. OF HARTFORD

VS.                             :       AT HARTFORD

ADVANCE STORES COMPANY, INC.   :
D/B/A ADVANCE AUTO PARTS       :       MAY 26, 2021

## COMPLAINT

**COUNT ONE:**      **FAILURE TO HIRE – C.G.S. § 21A-480P(B)(3)**

1.     The Plaintiff in this matter, Kevin Cooley, ("Plaintiff"), was at all times relevant to this Action a resident of Enfield, Connecticut.

2.     The Defendant, Advance Stores Company, Inc. d/b/a Advance Auto Parts, is a Virginia corporation, with a business address of 5008 Airport Road, Roanoke, VA, 24012.

3.     Defendant operates approximately 20 retail automotive part stores throughout Connecticut, in addition to a warehouse facility located at 300 Shaker Road, Enfield, Connecticut.

4.     Plaintiff is a qualifying patient as defined by Conn. Gen. Stat. § 21a-408(15), and engages in the palliative use of marijuana to alleviate his symptoms of PTSD and/or other debilitating medical conditions, and such palliative use is in accordance with that term's definition as reflected in Conn. Gen. Stat. §21a-408(11).

5.     Defendant is an employer as defined by Conn. Gen. Stat. § 21a-408p(3).

6.     On September 8, 2020, Plaintiff applied for an open position for a warehouse worker, advertised by Defendant.

7. The following day, on or about September 9, 2020, a representative of Defendant contacted Plaintiff to request further information from Plaintiff in connection with his application.

8. On September 16, 2020, Plaintiff was notified that an in-person, onsite interview had been scheduled for the follow day.

9. Accordingly, on September 17, 2020, at 11:00am, Plaintiff reported for an interview at Defendant's 300 Shaker Road, Enfield, Connecticut facility.

10. Over the course of approximately 30-45 minutes, Plaintiff interviewed with two Defendant representatives, and toured the facility.

11. During the course of the interview, Plaintiff disclosed that he was a registered palliative medical marijuana user. In response, one of the Defendant interviewers conveyed to Plaintiff, in words or substance, "Well, Massachusetts is right up the road, so we look the other way with that sort of stuff if you have your card."

12. Subsequent to the interview, Defendant offered Plaintiff the advertised position at an hourly rate of $15.75 per hour, with an anticipated full-time, 40-hour per week schedule, conditioned on a pre-employment drug screen and background check.

13. Thereafter, the ensuing background check was completed, and revealed no issues.

14. On or about September 24, 2020, Plaintiff reported to Defendant's designated drug screening facility, LabCorp, located at 2272 Berlin Turnpike, Suit 2284, in Newington Connecticut. In advance of the anticipated urinalysis, Plaintiff notified LabCorp staff that he had a medical marijuana card, and presented it to staff.

15.     Approximately three days later, Plaintiff was contacted by a LabCorp representative, who notified Plaintiff that his drug screen was positive for the presence of marijuana. Plaintiff responded by conveying that he had presented his medical marijuana card to staff.   Nonetheless, the LabCorp representative conveyed to Plaintiff that Defendant would be rescinding the offer of employment on the basis of the drug screen results.

16.     In response, Plaintiff contacted Na'Tasia Lopez, a Defendant Supply Chain Recruiter and Talent Acquisition associate of Defendant, to convey confusion as to why Defendant would be rescinding his employment offer, given that he had disclosed his status as a card-carrying and registered palliative medical marijuana user. In response, Lopez conveyed to Plaintiff that Defendant maintains an "appeal" process, whereby he would be allowed to submit medical documentation related to his application and use of medical marijuana.

17.     Upon receipt of paperwork to submit the appeal, Plaintiff furnished the same to his prescribing medical provider, who completed the paperwork, and returned the same to another Defendant representative, Tami Ellis, on or about October 6, 2020.

18.     Following plaintiff's submission of the foregoing paperwork, Defendant provided no response. Accordingly, Plaintiff periodically attempted to contact Defendant via phone and/or email over the ensuing three week period.

19.     On October 26, 2020, Plaintiff received a call from Lopez, wherein Lopez stated to Plaintiff, "I regret to inform you that legal has made the decision not to hire you on account of your use of medical marijuana being a safety risk."

20.     Through the foregoing conduct, the Defendant unlawfully refused to hire Plaintiff and penalized him solely on the basis of his status as a qualifying patient as defined by Conn. Gen. Stat. §21a-408 et seq.

21.     As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered, and will suffer, monetary damages, including but not limited to lost wages and fringe benefits.

22.     As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered or may suffer emotional distress.

**WHEREFORE, Plaintiff prays for the following relief:**

1. Money damages;

2. Costs of this Action; and

3. All other awardable relief.

PLAINTIFF,
KEVIN COOLEY

BY: _____
Matthew D. Paradisi
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: 860-296-3457
Fax: 860-296-0676
Email: mparadisi@cicchielloesq.com

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

RETURN DATE: JUNE 29, 2021    :    SUPERIOR COURT

KEVIN COOLEY    :    J.D. OF HARTFORD

VS.    :    AT HARTFORD

ADVANCE STORES COMPANY, INC.  :
D/B/A ADVANCE AUTO PARTS    :    MAY 26, 2021

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand exceeds $15,000.00, excluding costs and interests.

PLAINTIFF,
KEVIN COOLEY

BY:

Matthew D. Paradisi
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: 860-296-3457
Fax: 860-296-0676
Email: mparadisi@cicchielloesq.com

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON